Case 1:07-cv-01949-ML-LDA Document 2 Filed 03/14/2008 Page 1 of 2

CLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-04678-JAG-MCA**

GIRTON v. DAVOL, INC. et al
Assigned to: Judge Joseph A. Greenaway, Jr.
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/28/2007
Date Terminated: 03/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JOSEPH GIRTON, JR.**
*on behalf of himself and all others similarly situated*

represented by **CHRISTOPHER MICHAEL PLACITELLA**
COHEN, PLACITELLA & ROTH, PC
115 MAPLE AVENUE
RED BANK, NJ 07701
(732) 747-9003
Email: cplacitella@cprlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1672077.) JURY DEMAND, filed by JOSEPH GIRTON, JR. (Attachments: # 1 CIV COV SHT# 2 SUMMONS# 3 DEFT LIST (ATTACHMENT TO SUMMONS))(dr, ) (Entered: 10/01/2007) |
| 10/01/2007 | 2 | Summons Issued as to DAVOL, INC., C.R. BARD, INC..Days Due - 20. MLD TO COUNSEL 10/1/07(dr, ) (Entered: 10/01/2007) |
| 02/15/2008 | 3 | Notice of Call for dismissal Pursuant to Rule 4(m). Motion Hearing set for 2/29/2008 @ 10:00 AM in Newark - Courtroom 3 before Judge |

| | | |
|---|---|---|
| | | Joseph A. Greenaway, Jr.(ps, ) (Entered: 02/15/2008) |
| 03/14/2008 | 4 | MDL ORDER transferring action to the District of Rhode Island. Signed by Judge No Judge Assigned on 03/12/2008. (nr, ) (Entered: 03/14/2008) |
| 03/14/2008 | | ***Civil Case Terminated. (nr, ) (Entered: 03/14/2008) |
| 03/14/2008 | 5 | Letter transferring this action to District Court of Rhode Island (nr, ) (Entered: 03/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/14/2008 14:51:11 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-04678-JAG-MCA Start date: 1/1/1970 End date: 3/14/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |